**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jan MEDEIROS, Defendant—
Appellant.**

No. 03–10675.

D.C. No. CR–02–00331–SOM.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 27, 2004.

Loretta A. Sheehan, Asst. U.S. Atty., Honolulu, HI, Plaintiff–Appellee.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

967

Deanna S. Dotson, Kapolei, HI, for De-
fendant–Appellant.

Before PREGERSON, T.G. NELSON,
and GRABER, Circuit Judges.

MEMORANDUM**

Jan Medeiros appeals her guilty plea
conviction and 30–month sentence for in-
tentional and knowing distribution in ex-
cess of fifty grams of methamphetamine, in
violation of 21 U.S.C. §§ 841(a)(1).

Pursuant to *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), counsel for Medeiros has filed a
brief stating there are no grounds for re-
lief, and a motion to withdraw as counsel
of record. Medeiros has filed a pro se
supplemental brief and the government
has filed a response.

Our independent review of the record
pursuant to *Penson v. Ohio,* 488 U.S. 75,
83–84, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), discloses no grounds for relief. We
therefore **GRANT** counsel's motion to
withdraw and **AFFIRM** the district court's
judgment.

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

